

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-13-00571-CV |
| Style: | Metro Hospitality Management, LLC |
| | **v** Harris County Appraisal District |
| Date motion filed*: | July 5, 2013 |
| Type of motion: | Motion to Extend Time to File Notice of Appeal |
| Party filing motion: | Appellant |

Ordered that motion is:

☑ Granted
If document is to be filed, document due:

☐ The Clerk is instructed to file the document as of the date of this order
☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

**Appellant's notice of appeal is deemed timely filed.**

Judge's signature: /s/ Laura Carter Higley
☑ Acting individually     ☐ Acting for the Court

Panel consists of _____.

Date: July 17, 2013